

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-52,371-03 & 52,371-04

### EX PARTE KENNETH BRUCE PERKINS, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 644534-B & 644535-B IN THE 174TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of aggravated sexual assault of a child and sentenced to 30 years' imprisonment. The Eighth Court of Appeals affirmed his convictions. *Perkins v. State,* Nos. 08-93-00305-CR, 08-93-00306-CR (Tex. App.–El Paso, July 14, 1995, no pet.). Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

The habeas records include the trial court's Orders Designating Issues, filed on March 28, 2017. These Orders direct that the records should not be transmitted to this Court until further ordered by the trial court. However, the records before us do not contain the court's orders to transmit them. Additionally, on Oct. 18, 2019, this Court received Applicant's Motions for Remand

for Further Proceedings on Applicant's Unresolved Claims. In them, Applicant alleges that the parties had scheduled discussions about the merits of the cases, but the habeas records were forwarded to this Court before the discussions could take place and before the issues could be resolved.

The district clerk properly forwarded these applications to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, the applications were forwarded without the trial court having ordered them to be transmitted. Further, it appears that there may have been ongoing proceedings in the trial court when the records were forwarded to this Court. We remand these applications to the trial court to develop the records, complete any evidentiary investigations, and make findings of fact and conclusions of law as the judge deems appropriate.

The trial court shall make findings of fact and conclusions of law, if any, within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the records developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: March 11, 2020

Do not publish